The sentence shall remain the same as originally imposed except that he be redesignated as a nondangerous offender for parole eligibility, with the condition that upon parole, the Petitioner must seek such counseling as recommended by clinical staff.

This Board feels that the Defendant is a danger to society;however, a letter received from Saundra R. Heaton explains that there is a new program in Helena and Billings that takes a new approach to sexual offenders. The Board feels by removing the dangerous offender status, that better opportunities for counseling services are available through a parole program, and the Defendant would become eligible to attend the program and get the type of rehabilitation that is necessary.

However, this Board wants to caution the Parole Board that if the Defendant came up for parole and in the event he was not admitted into a program or in the alternative he was admitted but the treatment was not successful, that they seriously consider denying the parole.

We wish to thank Jeff Keller, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Fifth Judicial District, County of Beaverhead. STATE OF MONTANA, Plaintiff, vs. JOHN WALL LAMB, Defendant.

## DECISION

No. 2010

The application of the above-named defendant for a review of the sentence of 40 years-Count 1; 10 years-Count 2; Consecutive; Dangerous imposed on June 2, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 30 years for Count I, Sexual Intercourse Without Consent; 10 years for Count II, Aggravated Kidnapping; the sentences shall run concurrently and the Defendant shall be designated nondangerous.

The reasons for the amended sentence are that the Defendant has had no prior convictions and the Presentence Report stated that the Probation and Parole Officer felt that Mr. Lamb would be a good candidate for parole.

We wish to thank Mr. Tom Dooling, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan